MICHAEL DORAN v. OHIO GERMAN FIRE INSURANCE COMPANY.[1]

October 30, 1908.

Nos. 15,828—(60).

Action in the municipal court of St. Paul, to recover $278.50 for services. The case was tried before Hanft, J., who found for plaintiff in the sum of $250. From an order denying its motion for a new trial, defendant appealed. Affirmed.

*Edward P. Sanborn*, for appellant.

*John M. Bradford*, for respondent.

PER CURIAM.

This case involves the question whether the respondent was employed by the appellant, Ohio German Fire Insurance Co., or by its general agents, Loeb & Sons, of Chicago. The trial court found that he was employed by the company as its special agent, and there is evidence to sustain the finding. The questions raised are without merit, and the order denying the motion for a new trial is affirmed.